

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-18-00511-CV

**XPO LOGISTICS FREIGHT, LLC**,
Appellant

v.

Ralph **HERNANDEZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-21366
Honorable Renée Yanta, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that all pending motions are DISMISSED FOR LACK OF JURISDICTION. It is FURTHER ORDERED that Appellee Ralph Hernandez recover all costs on appeal from Appellant XPO Logistics Freight, LLC.

It is so **ORDERED** on September 5, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court